In the Matter of the Claim of ANNA THOMSON et al., Respondents, against C. S. K. COMMERCIAL PAPER BOX COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — man hired to carry cardboard from sidewalk into building and place it where directed — not independent contractor.*

*Matter of Thomson v. C. S. K. Com. Paper Box Co.*, 222 App. Div. 704, affirmed.

(Submitted February 13, 1928; decided February 24, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 7, 1927, affirming an award of the State Industrial Board, made under the Workmen's Compensation Law. The paper box company had a quantity of cardboard delivered on the sidewalk and its president employed William Thomson and another to carry it into the building. Each man would take a bundle in his arms and carry it into the building and the president told them where to put it. While doing this work Thomson received injuries from which he died. He was not a regular employee. Defendants contended that he was an independent contractor.

*Jeremiah F. Connor* and *Benjamin C. Loder* for appellants.

*Albert Ottinger*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.